UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

B18 (rev 06/2009)

In Re:
   Brendon Rick Loyd
      SSN: xxx−xx−3431    EIN: NA

Case Number:
**09−08078−JKC−7**

Debtor(s)

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated:  September 23, 2009

JUDGE JAMES K. COACHYS
U.S. BANKRUPTCY COURT

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are **NOT** discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts incurred to pay for nondischargeable taxes (in a case filed on or after October 17, 2005);
   c. Debts that are domestic support obligations;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0756-1          User: Lori              Page 1 of 1           Date Rcvd: Sep 23, 2009
Case: 09-08078                Form ID: b18            Total Noticed: 10

The following entities were noticed by first class mail on Sep 25, 2009.
db          +Brendon Rick Loyd,   P.O. Box 1063,   Shelbyville, IN 46176-4063
tr          +Jenice Golson-Dunlap,   1 N Pennsylvania St Ste 1050,   Indianapolis, IN 46204-3115
9032110     +GEMP Plus,   P.O. Box 981400,   El Paso, TX 79998-1400
9032113     +Shell/Citi,   P.O. Box 6497,   Sioux Falls, SD 57117-6497

The following entities were noticed by electronic transmission on Sep 23, 2009.
tr           +EDI: QJGOLSONDUNLAP.COM Sep 23 2009 20:43:00     Jenice Golson-Dunlap,
               1 N Pennsylvania St Ste 1050,   Indianapolis, IN 46204-3115
cr            EDI: RECOVERYCORP.COM Sep 23 2009 20:43:00     Recovery Management Systems Corporation,
               25 S.E. Second Avenue,   Suite 1120,   Miami, FL 33131-1605
9032107      +EDI: BANKAMER.COM Sep 23 2009 20:38:00     Bank Of America,   P.O. Box 15026,
               Wilmington, DE 19850-5026
9032108      +EDI: TSYS2.COM Sep 23 2009 20:43:00     Barclay Bank,   125 S. West,   Wilmington, DE 19801-5014
9032109      +EDI: CHASE.COM Sep 23 2009 20:43:00     Chase,   800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
9032111      +EDI: HFC.COM Sep 23 2009 20:38:00     HSBC,   P.O. Box 5253,   Carol Stream, IL 60197-5253
9032112      +EDI: TSYS2.COM Sep 23 2009 20:38:00     Macys,   9111 Duke Blvd.,   Mason, OH 45040-8999
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2009**          **Signature:** _Joseph Speetjens_